**THE LAW OFFICES OF**
# Frank J. D'Amico, Jr.
A Professional Law Corporation

| Frank J. D'Amico, Jr. | | Of Counsel |
| --- | --- | --- |
| Charles P. Ciaccio | | Michael A. McNulty, Jr. |
| Tommy J. Badeaux | | Charles R. Jones* |
| | | *Qualified Mediator |
| | | Louis A. DiRosa, Jr. |

4608 Rye Street, Metairie, LA 70006
(504) 525-7272 * Facsimile (504) 525-9522 * Toll Free (866) 70-FRANK
www.damicolaw.net

March 26, 2019

The Honorable Susie Morgan
500 Poydras Street
Courtroom C316
New Orleans, LA 70113

REF: Jeffrey B. Montalbano

To Whom It May Concern,

    I am writing this letter in the hopes that it will help you see what kind of person Jeffrey B. Montalbano is, despite the misleading transgression that led him to this point.

    I have known Jeff as a great friend and colleague for over 40 years and in that time, I have seen many aspects of Jeff's personality. I have always found him to be extremely kind, dependable, professional, a solid citizen to his community and most importantly a loyal and loving family man. My family and myself have spent numerous family occasions with him and his family including his grandkids that he absolutely adores. He has always been an active citizen in his community and has always put family values in all that he does.

    I can tell you that without a doubt he is remorseful for what he has done. Everyone deserves a second chance. He is a fundamental asset not only to his family, friends and all that know him but to his community. Jeff has always been an outstanding individual that has always abide by all laws with the upmost respect for all.

    I remain respectful yours.

Sincerely,

*[signature]*

Frank J. D'Amico, Jr.

FJDjr/vc

*Proudly serving the interests of injured people across Louisiana since 1986.*